IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Lawrence L. Crawford, *also known as Jonah Gabriel Jahjah Tishbite*, ) ) ) | C/A No. 0:16-1428-TMC-PJG |
| Plaintiff, ) ) | **ORDER** |
| v. ) ) | |
| S.C. Supreme Court; Judge Jean Toal; Judge Kaye Hearn; S.C. Court of Appeals; S.C. Atty Gen.; S.C.D.C.; Judge Alison Lee; Judge Casey Manning; Kershaw County; Richland County; Attorneys McKinnley, *and their firm*; Erin Farrell Farthing; Meghan Hall; Attorney Thomas Morgan, Jr.; The United States; Paul Gunter; Kristy Khol; Officer Meggett; The 193 Member States of The United Nations; All States Whose Indictments Possess Structural Error, *Argued in Case 8:14-cv-3555-RBH-JDA*, *Both State and Federal, as well as their attorney Generals or Federal Attorneys*; All U.S. States or Territories That Allow Same Sex Marriage; All Defendants Listed and Mentioned, *in Cases 8:14-cv-3555-RBH-JDA, 1:15-cv-4005 (GA), 2013-CP-400-084, 2294 in Richland County*; Judge Jacquelyn D. Austin; Attorney Settania, *and their Firm*; Dubose - Robinson PC; Warden Bush; Judge RBH; ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

This is a closed civil case originally filed by a state prisoner. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action were referred to the assigned United States Magistrate Judge.

On May 4, 2016 the assigned District Judge issued an order directing the Clerk of Court to separate the previously-named *pro se* plaintiffs in this action and assign new case numbers for each. (ECF No. 1.) By order dated May 18, 2016, the undersigned provided Plaintiff with an opportunity to bring this case into proper form, (ECF No. 9), but Plaintiff failed to comply with the order and the

case was summarily dismissed by the assigned District Judge for failure to comply with an order of the court. (ECF No. 44.) Therefore, the case was closed by the Clerk of Court.

Plaintiff has now filed several documents in this court with the case number "C/A No. 0:16-1428-TMC-PJG," including a motion for recusal. (ECF Nos. 50-52.) Moreover, the filings appear to relate to a different case Plaintiff has currently pending. As the above-captioned case is closed and Plaintiff has filed another case in this court that is currently pending, see C/A No. 4:16-2939-MBS-TER, the Clerk of Court is directed to docket any future filings by Plaintiff bearing the case number C/A No. 0:16-1428-TMC-PJG in his pending case, see C/A No. 4:16-2939-MBS-TER.

The Clerk of Court is further directed to terminate Plaintiff's pending motion in this case as moot. (ECF No. 51.)

**IT IS SO ORDERED**.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

September 13, 2016
Columbia, South Carolina